## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Larry G. Harris, Kendrick L. Adams, Dominick Giampaolo, Jeffery Knight, Thomas Juresic, Gilbert Sanabria, Carl Moss, Gary N. Oliphant, <br><br>**Plaintiffs** <br><br>vs. <br><br>Martha Fluckie, Dr. Lowell Brown, Dennis Larson, Adrian Feinerman, Jim Winters, Gary Conder, Bashirahmed Ameji, Wexford Health Services Inc, Joseph Loftus, Roger Walker Jr, Jackie Miller, John Doe (#1 Dietary Manager/Supervisor), Mary Miller, State of Illinois, Michael Randle, James Sledge, John Doe (#1 Medical Director of IDOC), Suzann Griswold, Keith Anglin, J R Walls, Donald Gaetz, Frank Shaw, Jody Hathaway, Gregory Schwartz, Nedra Chandler, Gerardo Acevedo, Melody Ford, Deborah Fuqua, Nikki Malley, Linda Young, Sherri Lynn, Crisey Fenton, Joyce Palmer, Lois Lindorff, Ashcraft, Jennings, Willamen, Majewski, Kerrick L. Kiley, Shau,  Andrea Bowers, Paula Clawson, <br><br>**Defendants.** | Case Number: 07-3225 |

### AMENDED JUDGMENT   IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered 2/17/2011 plaintiff Gary Oliphant was terminated; pursuant to Order entered 4/28/2011 plaintiff Carl Moss was terminated; pursuant to Order entered 9/9/2011 plaintiff Kendrick L. Adams was terminated.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Amended Complaint filed 6/1/2009, defendants Martha Fluckie, Joseph Loftus, Roger Walker Jr, Jim Winters, Gary Conder and John Doe #1 were terminated.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order entered 11/20/2009, defendants State of Illinois, Illinois Department of Corrections, Ashcraft, Jennings, Willamen, Majewski and Kiley are terminated as defendants.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to Orders entered 9/30/2014 and 2/25/2015:   (1) judgment is entered in favor of defendants and against plaintiffs on all of plaintiffs' Eighth Amendment federal claims arising from the soy in the prison diet; (2) all remaining claims by plaintiffs Harris, Giampaolo, Sanabria, and Knight are dismissed, with prejudice; and (3) plaintiff Juresic's negligence is dismissed, without prejudice.

**Dated: May 6, 2016**

                                              s/ Kenneth A. Wells
                                              Kenneth A. Wells
                                              Clerk, U.S. District Court